FILED
CLERK, U.S. DISTRICT COURT
SEP 2 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kejuan C. Moore<br><br>　　　　Defendant. | Case No. CR 11-215-DSF<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

　　On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

　　1.　The court finds that no condition or combination of conditions will reasonably assure:

　　　　A.　(✓) the appearance of defendant as required; and/or

　　　　B.　(✓) the safety of any person or the community.

///
///
///
///
///

```
 1    2.   The Court concludes:
 2         A.   (✓) Defendant has failed to demonstrate by clear and
 3              convincing evidence that he is not likely to pose
 4              a risk to the safety of any other persons or the
 5              community.  Defendant poses a risk to the safety
 6              of other persons or the community based on:
 7              _____
 8              _____
 9              _____
10              _____
11              _____
12         B.   (✓) Defendant has failed to demonstrate by clear and
13              convincing evidence that he is not likely to flee
14              if released.  Defendant poses a flight risk based
15              on: _____
16              _____
17              _____
18              _____
19              _____
20
21         IT IS ORDERED that defendant be detained.
22
23    DATED:   9/23/15
24                                    _____
25                                    HONORABLE JACQUELINE CHOOLJIAN
                                      United States Magistrate Judge
26
27
28
```